# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02437-DDD-NYW

DIANA SANCHEZ, and
J.S.M., by and through his mother DIANA SANCHEZ,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY d/b/a DENVER HEALTH MEDICAL CENTER,
RACHIME HERCH, in his individual and official capacities,
NINA CHACON, in her individual and official capacities,
ALEXANDRA WHERRY, in her individual capacity,
MICHAEL HART, in his individual and official capacities,
TYSEN GARCIA, in his individual and official capacities,
JUSTIN ALBEE, in his individual and official capacities,

      Defendants.

## ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE

Magistrate Judge Nina Y. Wang

      IT IS ORDERED that a Scheduling Conference is set **November 12, 2019 at 10:00 a.m.**, in Courtroom A-502, 5th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, **seven days prior** to the Scheduling Conference.

      IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before **twenty-one days prior** to the Scheduling Conference. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.

IT IS FURTHER ORDERED the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before **fourteen days** after the pre-scheduling conference meeting.

DATED:  September 3, 2019                                      BY THE COURT:

_____
Nina Y. Wang
United States Magistrate Judge