## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02437-DDD-NYW

DIANA SANCHEZ;
J.S.M., by and through his mother DIANA SANCHEZ,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DENVER HEALTH AND HOSPITAL AUTHORITY d/b/a DENVER HEALTH MEDICAL
CENTER;
RACHIME HERCH, in his individual and official capacities;
NINA CHACON, in her individual and official capacities;
DOROTHY GILKEY, in her individual and official capacities;
RIKKI WARMUS, in her individual and official capacities;
ALEXANDRA WHERRY, in her individual capacity;
MICHAEL HART, in his individual and official capacities;
TYSEN GARCIA, in his individual and official capacities;
JUSTIN ALBEE, in his individual and official capacities,

     Defendants.

_____

## NOTICE TO DISMISS ALL CLAIMS AGAINST DEFENDANTS
## HERCH, CHACON, GILKEY AND WARMUS WITH PREJUDICE

_____

Plaintiffs Diana Sanchez and J.S.M., by and through their undersigned counsel, Mari Newman of KILLMER, LANE & NEWMAN, LLP, hereby provides Notice, and moves to dismiss with prejudice all claims against Defendants Rachime Herch, Nina Chacon, Dorothy Gilkey, and Rikki Warmus, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i), and hereby states as follows:

1.     Plaintiffs are voluntarily dismissing, with prejudice, all claims against Defendants Rachime Herch, Nina Chacon, Dorothy Gilkey, and Rikki Warmus in their official and individual capacities, each side to bear its own costs and attorney fees.

2.      Plaintiffs filed an Amended Complaint on March 26, 2020 [Doc. 66], but because this matter has been stayed since March 18, 2020 [Docs. 75, 80], no Answer has been filed.

3.      Therefore, Defendants Rachime Herch Nina Chacon, Dorothy Gilkey and Rikki Warmus should be dismissed with prejudice upon Notice, and pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i),  and removed from the caption.

WHEREFORE, Plaintiffs request this Court to dismiss with prejudice all claims against Defendants Rachime Herch, Nina Chacon, Dorothy Gilkey, and Rikki Warmus, in their individual and official capacities, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(i), each party to bear their own costs and attorneys' fees.

DATED this 7th day of July 2020.

KILLMER, LANE & NEWMAN, LLP

*/s/ Mari Newman*

_____

Mari Newman
Andy McNulty
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Fax: (303) 571-1001
mnewman@kln-law.com
amcnulty@kln-law.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that on this July 7, 2020, I filed this **NOTICE TO DISMISS ALL CLAIMS AGAINST DEFENDANTS HERCH, CHACON, GILKEY AND WARMUS** via CM/ECF which will generate a Notice of Electronic Filing to all parties.

Anthony Derwinski
Jeffrey C. Staudenmayer
Morgan L. Cali
Ruegsegger Simons & Stern

{03195869.DOCX;1 }

1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 575-8026
(303) 623-1131
Fax: (303) 623-1141
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcali@rs3legal.com

*Counsel for Denver Health Defendants*

Hollie Birkholz, Assistant City Attorney
Michele A. Horn, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
hollie.birkholz@denvergov.org
michele.horn@denvergov.org

*Counsel for City and County of Denver and Denver Sheriff Defendants*

KILLMER, LANE & NEWMAN, LLP

*s/ Jesse Askeland*
_____

Jesse Askeland