# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02437-DDD-NYW

DIANA SANCHEZ;
J.S.M., by and through his mother DIANA SANCHEZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DENVER HEALTH AND HOSPITAL AUTHORITY d/b/a DENVER HEALTH MEDICAL CENTER;
ALEXANDRA WHERRY, in her individual capacity;
MICHAEL HART, in his individual and official capacities;
TYSEN GARCIA, in his individual and official capacities;
JUSTIN ALBEE, in his individual and official capacities,

    Defendants.

---

## STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT DENVER HEALTH AND HOSPITAL AUTHORITY WITH PREJUDICE

---

Plaintiffs Diana Sanchez and J.S.M., and Defendant Denver Health and Hospital Authority ("Denver Health") by and through their respective undersigned counsel, Mari Newman of KILLMER, LANE & NEWMAN, LLP and Anthony Derwinski of RUEGSEGGER SIMONS & STERN, hereby stipulate to dismiss with prejudice all claims against Denver Health, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and hereby states as follows:

1. Plaintiffs are voluntarily dismissing, with prejudice, all claims against Denver Health, each side to bear its costs and attorney fees, pursuant to the terms of the settlement agreement in this matter.

2. Therefore, Defendant Denver Health should be dismissed with prejudice and removed from the caption.

WHEREFORE, the Parties stipulate to dismiss with prejudice all claims against Defendant Denver Health, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(ii), each party to bear their own costs and attorneys' fees.

DATED this 8th day of July 2020.

| *s/ Mari Newman* | *s/ Anthony Derwinski* |
|---|---|
| Mari Newman<br>Andy McNulty<br>KILLMER, LANE & NEWMAN, LLP<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>(303) 571-1000<br>(303) 571-1001 fax<br>mnewman@kln-law.com<br>amcnulty@kln-law.com<br><br>*Counsel for Plaintiffs* | Anthony Derwinski<br>Jeffrey C. Staudenmayer<br>Morgan L. Cali<br>Ruegsegger Simons & Stern<br>1700 Lincoln Street, Suite 4500<br>Denver, Colorado 80203<br>(303) 575-8026<br>(303) 623-1131<br>Fax: (303) 623-1141<br>aderwinski@rs3legal.com<br>jstaudenmayer@rs3legal.com<br>mcali@rs3legal.com<br><br>*Counsel for Denver Health* |

## CERTIFICATE OF SERVICE

   I certify that on this July 8, 2020, I filed this **STIPULATION TO DISMISS ALL CLAIMS AGAINST DEFENDANT DENVER HEALTH WITH PREJUDICE** via CM/ECF which will generate a Notice of Electronic Filing to all parties.

Anthony Derwinski
Jeffrey C. Staudenmayer
Morgan L. Cali
Ruegsegger Simons & Stern
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 575-8026
(303) 623-1131
Fax: (303) 623-1141
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcali@rs3legal.com

*Counsel for Denver Health Defendants*

Hollie Birkholz, Assistant City Attorney
Michele A. Horn, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
hollie.birkholz@denvergov.org
michele.horn@denvergov.org

*Counsel for City and County of Denver and Denver Sheriff Defendants*

            KILLMER, LANE & NEWMAN, LLP

            *s/ Jesse Askeland*
            _____
            Jesse Askeland