IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| Civil Action: | 19-cv-02437-DDD-NYW | Date: | August 27, 2020 |
|---|---|---|---|
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW-CRD* |

| *Parties* | *Counsel* |
|---|---|
| DIANA SANCHEZ, J.S.M., | *Mari A. Newman* |
| **Plaintiffs,** | |
| v. | |
| CITY AND COUNTY OF DENVER COLORADO, ALEXANDRA WHERRY, MICHAEL HART, TYSEN GARCIA, JUSTIN ALBEE, | *Michele A. Horn* |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 2:03 p.m.

Appearance of counsel.

Parties update the court on the status of the settlement process.

**ORDERED: Parties shall file dismissal papers on or before September 25, 2020.**

Court in Recess: 2:08 p.m.          Hearing concluded.          Total time in Court:  00:05

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.