IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 19-cv-02437-DDD-NYW | Date: | October 1, 2020 |
| Courtroom Deputy: | Brandy Wilkins | FTR: | NYW-CRD* |

| *Parties* | *Counsel* |
|---|---|
| DIANA SANCHEZ, <br> J.S.M., <br> **Plaintiffs,** <br> v. <br> CITY AND COUNTY OF DENVER COLORADO, <br> ALEXANDRA WHERRY, <br> MICHAEL HART, <br> TYSEN GARCIA, <br> JUSTIN ALBEE, <br> **Defendants.** | *Mari A. Newman* <br> *Andrew J. McNulty* <br><br><br><br> *Michele A. Horn* |

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session: 12:03 p.m.

Appearance of counsel. Mr. Lance McKinley appears with Ms. Newman and Mr. McNulty.

Parties update the court on the status of the settlement process. Parties have a matter set in Denver Probate court on October 14, 2020 to discuss the payment challenges.

**ORDERED: Parties shall file dismissal papers or a Motion to Enforce the Settlement Agreement on or before October 21, 2020.**

Court in Recess: 12:11 p.m.          Hearing concluded.          Total time in Court: 00:08

*To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 OR Patterson Transcription Company at (303) 755-4536.