# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 19-cv-02437-DDD-NYW

DIANA SANCHEZ;
J.S.M., by and through his mother DIANA SANCHEZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DOROTHY GILKEY, in her individual and official capacities;
RIKKI WARMUS, in her individual and official capacities;
ALEXANDRA WHERRY, in her individual capacity;
MICHAEL HART, in his individual and official capacities;
TYSEN GARCIA, in his individual and official capacities;
JUSTIN ALBEE, in his individual and official capacities,

    Defendants.

---

## JOINT STATUS REPORT
---

The Parties, by and through their undersigned counsel of record, hereby submit the following Joint Status Report, and state as follows:

1. As this Court is aware, the Parties have reached a settlement of all claims in this matter.

2. The Denver Health Defendants have already been dismissed.

3. This Court has Ordered the Parties to either stipulate to dismiss this action with prejudice or file a motion to enforce settlement by October 21, 2020.

4. In order to file dismissal paperwork for the remaining Denver Defendants (which includes the City and County of Denver and the Individual Denver Sheriff's Defendants), the Parties need further approval from Denver Probate Court.

5. Following a hearing on the matter, on October 14, 2020, the Probate Court issued an Order directing the Parties to amend the terms of the settlement between the Plaintiffs and Denver Defendants.

6. The Parties have determined that the settlement funds for J.S.M. will be deposited into the interest-bearing trust account of the Probate Court in lieu of an annuity – an option that is noted in the Probate Court's Order to amend the settlement. Further options will be determined by the Parties and Probate Court.

7. On October 20, 2020, the Parties executed the addendum to the settlement agreement with this minor change.

8. Plaintiffs' probate attorneys intend to file a motion to amend the terms of the settlement in accordance with this change. Once the Court approves this amendment, the funds will be released to Plaintiffs according to the agreement and the Parties will promptly file a stipulation to dismiss this case with prejudice.

9. In order to provide time to accomplish this, the Parties request that this Court grant this extension to file the stipulation to dismiss no later than November 30, 2020.

DATED this 21st day of October 2020.

*s/ Mari Newman*
_____
Mari Newman
Andy McNulty
KILLMER, LANE & NEWMAN, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
mnewman@kln-law.com
amcnulty@kln-law.com

*Counsel for Plaintiffs*

*s/ Michele A. Horn*
_____
Hollie Birkholz, Assistant City Attorney
Michele A. Horn, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
hollie.birkholz@denvergov.org
michele.horn@denvergov.org

*Counsel for City and County of Denver and Denver Sheriff Defendants "Denver Defendants"*

## CERTIFICATE OF SERVICE

I certify that on this October 21, 2020, I filed this **JOINT STATUS REPORT** via CM/ECF which will generate a Notice of Electronic Filing to all parties.

Anthony Derwinski
Jeffrey C. Staudenmayer
Morgan L. Cali
Ruegsegger Simons & Stern
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 575-8026
(303) 623-1131
Fax: (303) 623-1141
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcali@rs3legal.com

*Counsel for Denver Health Defendants*

Hollie Birkholz, Assistant City Attorney
Michele A. Horn, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
hollie.birkholz@denvergov.org
michele.horn@denvergov.org

*Counsel for City and County of Denver and Denver Sheriff Defendants*

                                                    KILLMER, LANE & NEWMAN, LLP

                                                    *s/ Jesse Askeland*
                                                    _____
                                                    Jesse Askeland