IN THE IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02437-DDD-NYW

DIANA SANCHEZ and J.S.M.,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO;
DENVER HEALTH AND HOSPITAL AUTHORITY d/b/a DENVER HEALTH MEDICAL CENTER;
RACHIME HERCH, in his individual and official capacities;
NINA CHACON, in her individual and official capacities;
ALEXANDRA WHERRY, in her individual capacity;
MICHAEL HART, in his individual and official capacities;
TYSEN GARCIA, in his individual and official capacities;
JUSTIN ALBEE, in his individual and official capacities;

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Michele A. Horn, as counsel of record for Defendants the City and County of Denver, Alexandra Wherry, Michael Hart, Tysen Garcia and Justin Albee ("Denver Defendants"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

    1.    Certificate Pursuant to D.C.COLO.LCivR 7.1: Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

    2.    Michele A. Horn will be leaving her employment with the Denver City Attorney's Office as of December 18, 2020. Therefore, good cause exists to allow Ms. Horn to withdraw in this matter consistent with D.C.COLO.LAttyR 5(b).

3. Hollie Birkholz will continue to represent Defendants in this action as counsel of record.

4. Given that the Defendants have had and will continue to have official representation by the Denver City Attorney's Office, no parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought herein.

5. Advisement pursuant to D.C.Colo.LAttyR 5(b): Defendants have been provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all Court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Ms. Birkholz, who will continue to comply with this responsibility on their behalf.

WHEREOFRE, having shown good cause, undersigned counsel, Michele A. Horn, respectfully requests this Court enter an Order permitting her withdrawal as counsel of record for the Denver Defendants in this action.

DATED this 14th day of December, 2020.

Respectfully submitted,

By: *s/ Michele A. Horn*
Michele A. Horn, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
E-mail: michele.horn@denvergov.org
*Attorney for Denver Defendants*

# CERTIFICATE OF SERVICE

I certify that on this 14th day of December, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mari Newman
Kilmer Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
mnewman@kln-law.com

Andrew McNulty
Kilmer Lane & Newman, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
amcnulty@kln-law.com

*Attorneys for Plaintiffs*

Anthony E. Derwinski
Ruegsegger Simons & Stearn, LLC
1700 Lincoln St., Suite 4500
Denver, CO 80203
aderwinski@rs3legal.com

Jeffrey C. Staudenmayer
Ruegsegger Simons & Stearn, LLC
1700 Lincoln St., Suite 4500
Denver, CO 80203
jstaudenmayer@rs3legal.com

*Attorneys for Denver Health, Nina Chacon And Rachime Herch*

*s/ Michele Horn*
Denver City Attorney's Office