**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-02437-DDD-NYW

DIANA SANCHEZ;
J.S.M., by and through his mother DIANA SANCHEZ,

  Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DOROTHY GILKEY, in her individual and official capacities;
RIKKI WARMUS, in her individual and official capacities;
ALEXANDRA WHERRY, in her individual capacity;
MICHAEL HART, in his individual and official capacities;
TYSEN GARCIA, in his individual and official capacities;
JUSTIN ALBEE, in his individual and official capacities,

  Defendants.

---

**JOINT STATUS REPORT AND MOTION TO MAINTAIN ABEYANCE FOR 45 DAYS**

---

The Parties, by and through their undersigned counsel of record, hereby submit the following Joint Status Report, and state as follows:

1. As this Court is aware, the Parties have reached a settlement of all claims in this matter.

2. The Denver Health Defendants have already been dismissed.

3. This Court had previously ordered the parties to either stipulate to dismiss this action with prejudice or file a motion to enforce settlement by December 31, 2020. [Doc. 97].

4. Because the settlement involves payment to a minor, Plaintiffs have engaged probate counsel, who have been diligently working to receive an order from the probate court that will allow for Denver to submit the balance of the settlement funds to the Probate Court Registry,

1

and for an order allowing for final payments to be disbursed.

5.      On December 29, 2020, the Probate Court issued an Order directing the City and County of Denver deposit into the Probate Court trust the balance of the owed settlement funds within 45 days.

6.      In order to provide the time necessary to accomplish the transfer of funds from the City and County of Denver to the Probate Court trust, the Parties request that this Court grant this extension to file the stipulation to dismiss or an updated status report no later than February 12, 2021.

DATED this 31st day of December 2020.

*s/ Mari Newman*                                                         *s/ Hollie Birkholz*

Mari Newman                                          Hollie Birkholz, Assistant City Attorney
Andy McNulty                                        Denver City Attorney's Office
KILLMER, LANE & NEWMAN, LLP         Litigation Section
1543 Champa Street, Suite 400               201 West Colfax Ave., Dept. 1108
Denver, CO 80202                                   Denver, Colorado 80202
(303) 571-1000                                        Telephone: (720) 913-3100
(303) 571-1001 fax                                   Facsimile: (720) 913-3190
mnewman@kln-law.com                         hollie.birkholz@denvergov.org
amcnulty@kln-law.com

                                                             *Counsel for City and County of Denver and*
*Counsel for Plaintiffs*                            *Denver   Sheriff   Defendants   "Denver*
                                                             *Defendants*

## CERTIFICATE OF SERVICE

I certify that on this December 31, 2020, I filed this **RESPONSE TO ORDER TO SHOW CAUSE** via CM/ECF which will generate a Notice of Electronic Filing to all parties.

Anthony Derwinski
Jeffrey C. Staudenmayer
Morgan L. Cali
Ruegsegger Simons & Stern
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 575-8026
(303) 623-1131

Fax: (303) 623-1141
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcali@rs3legal.com

*Counsel for Denver Health Defendants*

Hollie Birkholz, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
hollie.birkholz@denvergov.org

*Counsel for City and County of Denver and Denver Sheriff Defendants*

KILLMER, LANE & NEWMAN, LLP

*s/ Jesse Askeland*

_____

Jesse Askeland