**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 19-cv-02437-DDD-NYW

DIANA SANCHEZ;
J.S.M., by and through his mother DIANA SANCHEZ,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
ALEXANDRA WHERRY, in her individual capacity;
MICHAEL HART, in his individual and official capacities;
TYSEN GARCIA, in his individual and official capacities;
JUSTIN ALBEE, in his individual and official capacities,

    Defendants.

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

Based on the terms of the settlement in this matter, the Parties, by and through their undersigned counsel of record, hereby stipulate to dismiss this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A), each side to bear its own fees and costs.

DATED this 11th day of February 2021.

| | |
|---|---|
| *s/ Mari Newman* | *s/ Hollie Birkholz* |
| Mari Newman<br>Andy McNulty<br>KILLMER, LANE & NEWMAN, LLP<br>1543 Champa Street, Suite 400<br>Denver, CO 80202<br>(303) 571-1000<br>(303) 571-1001 fax<br>mnewman@kln-law.com<br>amcnulty@kln-law.com<br><br>*Counsel for Plaintiffs* | Hollie Birkholz, Assistant City Attorney<br>Denver City Attorney's Office<br>Litigation Section<br>201 West Colfax Ave., Dept. 1108<br>Denver, Colorado 80202<br>Telephone: (720) 913-3100<br>Facsimile: (720) 913-3190<br>hollie.birkholz@denvergov.org<br><br>*Counsel for City and County of Denver and Denver Sheriff Defendants "Denver Defendants* |

## **CERTIFICATE OF SERVICE**

       I certify that on this February 12, 2021, I filed this **STIPULATION TO DISMISS WITH PREJUDICE** via CM/ECF which will generate a Notice of Electronic Filing to all parties.

Anthony Derwinski
Jeffrey C. Staudenmayer
Morgan L. Cali
Ruegsegger Simons & Stern
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
(303) 575-8026
(303) 623-1131
Fax: (303) 623-1141
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcali@rs3legal.com

*Counsel for Denver Health Defendants*

Hollie Birkholz, Assistant City Attorney
Denver City Attorney's Office
Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3190
hollie.birkholz@denvergov.org

*Counsel for City and County of Denver and Denver Sheriff Defendants*

    KILLMER, LANE & NEWMAN, LLP

    *s/ Jesse Askeland*
    _____
    Jesse Askeland